PHILIP BURTAINE, Respondent, v. ADOLPH BARR and MAX BARR, Appellants.

*Foreclosure — receiver — authority to oust tenants in lawful possession under existing leases.*

Appeal by the defendants from an order of the Supreme Court, made at Special Term and entered in the office of the clerk of the county of Kings on the 4th day of September, 1920, granting plaintiff's motion for judgment on the pleadings, with leave to the defendants to answer the complaint within twenty days after the service of a copy of the order with notice of entry, and payment of ten dollars costs.

PER CURIAM: The order should be reversed, with ten dollars costs and disbursements, and plaintiff's motion for judgment on the pleadings denied, with ten dollars costs. A temporary receiver appointed in a foreclosure action has no authority to oust tenants in lawful possession under existing leases made by the owner of the property. His possession is subject to the tenancies in existence at the date of his appointment. Appointment of such receiver does not transfer title to the property. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur. Order reversed, with ten dollars costs and disbursements, and plaintiff's motion for judgment on the pleadings denied, with ten dollars costs.